**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| | 2:24-cr-00570-WLH |

Plaintiff(s)

v.

CLAIRE PATRICIA HAVILAND, et al.,
ZACHARY S. WINTERS (9)

**ORDER ON**
**APPLICATION FOR WRIT OF HABEAS CORPUS**

☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM

Defendant(s).

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on ___March 13, 2025___ at _1:30 p.m._ before Judge/Magistrate Judge _Castillo, Duty Magistrate Judge_
  *(Date of Appearance)*      (Time)

Dated: _____        _____
                                                        **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**